AO 78A (Rev. 09/15)

# United States Courts Appointment

**A**

Federal Public Defender Northern West Virginia
*(Name of Court)*

Judge's Staff: ___ Yes  ✓ No

Hilary Lynn Godwin is appointed.  1:19mc31
*(Name of appointee - First, Middle, Last)*
*(Name will be on records as printed)*

| Assistant Federal Public Defender | 08/05/2019 | Clarksburg, WV |
|---|---|---|
| *(Position title)* | *(Date of entrance on duty)* | *(Duty station)* |

(Vice _____ ; Sep _____
    *(Previous incumbent)*         *(Mm/dd/yyyy)*

_____         Federal Public Defender
*(Signature of appointing officer)*    *(Title of appointing officer)*

(Note: Appointing officer, please indicate the grade or level recommended   AD-23   )

**B**

I do solemnly swear (or affirm) that

A.  OATH OF OFFICE
I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

B.  AFFIDAVIT AS TO STRIKING AGAINST THE GOVERNMENT
I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

C.  AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE
I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

D.  AFFIDAVIT AS TO EMOLUMENT FROM FOREIGN OFFICE
I will not accept, nor am I accepting any present emolument, office or title, of any kind whatever, from any King, Prince, or foreign state.

E.  AFFIDAVIT AS TO PERSONAL HISTORY AND EXPERIENCE AND QUALIFICATIONS STATEMENTS
The information given concerning personal history, experience and qualifications is true and correct to the best of my knowledge and belief.

*Hilary Godwin*
*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this  5TH  day of  August  20 19

in  CLARKSBURG  ,  WEST VIRGINIA
    *(City)*             *(State)*

United States Senior District Judge
*(Title of official administering the oath)*

*Irene M. Keeley*
*(Signature of official administering the oath)*

(SEAL)

(Note: The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.)

**APPOINTMENT IS NOT COMPLETE UNTIL OATH OF OFFICE IS ADMINISTERED.**